UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GLENDIN ALEJANDRO )<br>GUERRA-CHAVEZ, )<br>)<br>Defendant. )<br>_____) | CASE NO. 3:10-CR-0062-RCJ-VPC |

ORDER

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within seven (7) days of the date of this Order unless the Government files a formal objection or other appropriate motion within six (6) days of the date of this Order. The defendant's "A" number is   A73 877 892  .

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve this Order on the Officer in Charge, Department of Homeland Security and Immigration and Customs Enforcement (DHS/ICE), Reno, Nevada.

DATED this 20th day of May, 2010.

_____
VALERIE P. COOKE,
UNITED STATES MAGISTRATE JUDGE